DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLEON ELLISON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2100

[September 6, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter M. Evans, Acting Circuit Judge, L.T. Case No. 2015CF004664A.

Cleon Ellison, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***